IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILBURN RUTHERFORD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1284

Opinion filed April 12, 2016.

An appeal from an order of the Circuit Court for Duval County.

Wilburn Rutherford, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.